```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
```

DION NEAL,

      Plaintiff,                              Case No. 09-12859

v.                                            Hon. Nancy G. Edmunds

MICHAEL NOWACK,

      Defendant.

_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION [17]**

This matter has come before the Court on the Magistrate Judge's July 9, 2010 Report and Recommendation, [Docket Text # 17.]. Being fully advised in the premises and having reviewed the record and the pleadings, including Plaintiff's Objections if any, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.

It is further ordered that Defendant's motion for summary judgment is GRANTED, and the case is DISMISSED.

SO ORDERED.

                                  s/Nancy G. Edmunds
                                  Nancy G. Edmunds
                                  United States District Judge

Dated: August 19, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 19, 2010, by electronic and/or ordinary mail.

                                  s/Carol A. Hemeyer
                                  Case Manager